

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| EDUARDO FUENTES Y., INDIVIDUALLY, AND | § | No. 08-20-00093-CV |
| DERIVATIVELY ON BEHALF OF FOX HOLDING COMPANY, AND | § | Appeal from the |
| DERIVATIVELY ON BEHALF OF TEXAS INTERNATIONAL GAS & OIL | § | County Court at Law No. 7 |
| COMPANY, AND DERIVATIVELY ON BEHALF OF CENTRO | § | of El Paso County, Texas |
| ADMINISTRATIVO F-SIETE, S.A. DE C.V., AND DERIVATIVELY ON | § | (TC# 2016DCV0781) |
| BEHALF OF COMPLEJO INDUSTRIAL FUENTES, S.A. DE C.V., | § | |
| | § | |
| Appellants, | § | |
| v. | § | |
| | § | |
| CESAR FUENTES, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF | § | |
| TEXAS INTERNATIONAL GAS & OIL COMPANY, FOX HOLDING | § | |
| COMPANY, ROSA YAMEL FUENTES Y., INDIVIDUALLY AND AS | § | |
| INDEPENDENT EXECUTRIX OF THE ESTATE OF ROSA MAGALI FUENTES | § | |
| YANAR A/K/A ROSA MAGALI FUENTES YANAR, CENTRO | § | |
| ADMINISTRATIVO F-SIETE, S.A. DE C.V., AND COMPLEJO INDUSTRIAL | § | |
| FUENTES, S.A. DE C.V., | § | |
| | | |
| Appellees. | § | |

# **O R D E R**

The Court GRANTS Appellee Rosa Y. Fuentes' third motion for extension of time within which to file the brief until March 30, 2021.  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ordered that the Hon. Noemi V. Lopez, the Appellee's attorney, prepare the Appellee's Brief and forward the same to this Court on or before March 30, 2021.

IT IS SO ORDERED this 10th day of March, 2020.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.